```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 09-23561-Civ-UNGARO
                                    MAGISTRATE P. A. WHITE
ERIBERTO ROSADO,              :

       Plaintiff,             :

v.                            :            REPORT OF
                                         MAGISTRATE JUDGE
OFFICER L. LEWIS,             :

       Defendant.             :
_____
```

Eriberto Rosado has filed a *pro se* civil rights complaint pursuant to Title 42, section 1983. He seeks damages for Officer Lewis' alleged failure to protect him from violence from another inmate and denial of adequate medical care. He seeks damages and prosecution of the inmate who allegedly attacked him.

Presently before the Court are Officer Lewis' motion for summary judgment (DE# 18) and motion to dismiss for lack of prosecution (DE# 22).

Rosado filed the instant Section 1983 complaint on September 19, 2009, while incarcerated at the Dade County Jail. (DE# 1). The complaint was docketed on November 24, 2009. (DE# 2). On January 13, 2010, the undersigned ordered Rosado to supply the Court with more specific information identifying the Defendant. (DE# 9). Rosado complied on January 25, 2010. (DE# 10).

On May 3, 2010, the undersigned issued a scheduling order, (DE# 16), that required Rosado to file a pre-trial statement by October 11, 2010. It cautioned him that "failure to file the Pretrial Statement may result in dismissal of this cause for lack

1

of prosecution." The Defendant filed a Motion for Summary Judgment and Statement of Undisputed Material Fact on September 27, 2010. (DE# 18, 19). The undersigned issued an Order on October 1, 2010, citing Federal Rule of Civil Procedure 56 and notifying Rosado that his response to the motion for summary judgment is due before October 18, 2010. (DE# 21). The Defendant filed a motion to dismiss for lack of prosecution on October 25, 2010. (DE# 22).

Rosado has not filed a response to the Defendant's motion for summary judgment or motion to dismiss to date. He does not appear to be in the custody of the Dade County Jail any longer[1] and he has not provided the Court with a change of address. It appears that Rosado has abandoned this lawsuit, accordingly, involuntary dismissal due to lack of prosecution and failure to adhere to court orders is appropriate. See Fed. R. Civ. P. 41(b).

It is therefore recommended that, if the Plaintiff does not file a notice of intent to pursue this lawsuit within the time for filing objections to this Report, that: (1) the Defendant's motion to dismiss (DE# 22) be granted; (2), the Defendant's motion for summary judgment (DE# 18) be dismissed without prejudice, and (3) this case be closed.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

---

[1] The records maintained by Miami-Dade Corrections indicate no inmate named Eriberto Rosado is currently in custody. http://egvsys.metro-dade.com:1608/wwwserv/crts/IPSAWNSI.DIA. See Fed. R. Ev. 201.

SIGNED this 13th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Eriberto Rosado, *pro se*
No. 090072851
Dade County Jail
1321 N.W. 13 St.
Miami, FL 33125
(Last known address)

Marlon Delano Moffett
Miami Dade County Attorney's Office
111 NW 1 St.
Suite 2810
Miami, FL 33128