UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23561-CIV-UNGARO

ERIBERTO ROSADO,

    Plaintiff,

v.

OFFICER L. LEWIS,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983, filed November 24, 2009.  (D.E. 1.)

THE COURT has considered the Complaint and the pertinent portions of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White for ruling on all non-dispositive pre-trial matters and for report and recommendation on all dispositive matters.  On September 27, 2010, Defendant filed a Motion for Summary Judgment.  (D.E. 18.)  The Magistrate Judge then issued an Order Instructing *Pro Se* Plaintiff Concerning Response to Motion for Summary Judgment.  (D.E. 21.)  Plaintiff failed to file a response to Defendant's Motion.  On October 25, 2010, Defendant moved to dismiss Plaintiff's claim for lack of prosecution.  (D.E. 22.)  Then, on December 13, 2010, the Magistrate Judge issued a Report recommending that Defendant's Motion to Dismiss be granted and that the Motion for Summary Judgment be dismissed without prejudice.  (D.E. 23.)  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report.  However, none were filed.  This matter is

now ripe for review. Upon a *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 23) is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss (D.E. 22) is GRANTED: Plaintiff's Complaint (D.E. 1) is DISMISSED. It is further

ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (D.E. 18) is DENIED AS MOOT.

DONE and ORDERED in Chambers, at Miami, Florida this 7th day of January 2011.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Eriberto Rosado, *pro se*